UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMARK DIXON,<br><br>Plaintiff,<br><br>-v-<br><br>FEDERAL AGENT JOHN/JANE DOE, *et al.*,<br><br>Defendants. | 26 Civ. 9516 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On October 20, 2026, *pro se* plaintiff Demark Dixon filed the complaint in this case. On November 5, 2026, Dixon moved to dismiss the complaint against all defendants without prejudice. Dkt. 7. This Court construes the motion to dismiss as a motion for voluntary dismissal and grants this motion. The Clerk of Court is respectfully directed to terminate all pending motions and close this case.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 10, 2026
New York, New York