**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Demark Dixon,**

**Plaintiff,**

**-against-**

**Federal Agent John/Jane Doe, et al.,**

**Defendants.**

**1:26-cv-09516 (PAE) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter, dated November 23, 2026, filed to the ECF docket on November 24, 2026, requesting "a new set of summons & complaint to be issued, to be served on the defendants" and "to move forward with the proceeding." (*See* Pl.'s 11/23/26 Ltr., ECF No. 15.) Plaintiff's requests are DENIED.

By Order dated November 21, 2026, the Court instructed Plaintiff to amend his Complaint by December 31, 2026, because Plaintiff "ha[d] not pled sufficient facts in his Complaint from which it can be inferred that a police or federal law enforcement officer was involved in placing a GPS tracking device on his car without a warrant" and had not "provided sufficient information in his Complaint to identify any particular police or federal law enforcement officer who may have been so involved." (*See* 11/21/26 Order, ECF No. 14.) Plaintiff has not yet amended his Complaint, as required.

Regardless, as it now stands, the Complaint and the summonses only name John and Jane Doe Defendants. (*See* Compl., ECF No. 1; Summonses, ECF Nos. 4 & 5.) A summons and Complaint

cannot be served upon unknown persons. Thus, the Court declines to issue "a new set of summons & complaint," as Plaintiff requests.

As set forth in the November 21, 2026 Order, Plaintiff is strongly encouraged to reach out to the City Bar Justice Center for assistance with his case, including assistance in preparing the Amended Complaint. (*See* 11/21/26 Order at 3.) Finally, Plaintiff is reminded that this case has been referred to Magistrate Judge Aaron for general pretrial purposes. Thus, future correspondence relating to pretrial matters shall be addressed to Judge Aaron.

**SO ORDERED.**

Dated: New York, New York
November 24, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge